NOT FOR PUBLICATION                                                                                      (Doc. No. 10)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| H&R BLOCK BANK, | : | |
| Plaintiff, | : | Civil No. 11-3358 (RBK/KMW) |
| v. | : | **ORDER** |
| JBW HOLDINGS, LLC, JAMES B. WILSON, and JOANN L. CABALLERO, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court upon the motion of H&R Block Bank ("Plaintiff") for entry of final judgment by default against JBW Holdings, LLC, James B. Wilson, and Joann L. Caballero ("Defendants"), and the Court having considered the Plaintiff's unopposed moving papers; and

**IT APPEARING TO THE COURT** that Plaintiff has filed for entry of final judgment of default pursuant to Federal Rule of Civil Procedure 55(b)(2); and

**IT FURTHER APPEARING TO THE COURT** that default as to Defendants was entered by the Clerk on August 10, 2011; and

**IT FURTHER APPEARING TO THE COURT** that some of the Defendants are individuals; and

**THE COURT NOTING** that, "[w]here the defaulting defendant is an individual, the plaintiff must satisfy the Servicemembers Civil Relief Act by submitting an affidavit of

nonmilitary service," New Jersey Federal Civil Procedure 17-3:3.1 (eds. Robert E. Bartkus and Elizabeth J. Sher, 2011); and

**THE COURT NOTING** that Plaintiff alleges, upon information and belief, that Defendants are not members of the military;

**THE COURT FINDING** that Plaintiff's allegation is insufficient to satisfy the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 et seq.[1];

**IT IS HEREBY ORDERED** that Plaintiff's motion for entry of final judgment by default is **DENIED**.


Dated: 2/23/12                                             /s/ Robert B. Kugler
                                                           ROBERT B. KUGLER
                                                           United States District Judge

---

[1] For an affidavit to be sufficient, movant must contact "the various military services . . . and [obtain] a certificate . . . from each of them confirming a defendant's nonmilitary service." New Jersey Federal Civil Procedure 17-3:3.1 (eds. Robert E. Bartkus and Elizabeth J. Sher, 2011).